

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00410-CV

**COBRA ACQUISITIONS LLC** and Arty Straehla,
Appellants

v.

Craig **CHARLES,** Julian Calderas, Jr., and AL Global Services, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee has filed a motion for extension of time to file its brief, requesting an extension to August 26, 2019. We GRANT the motion. Appellee's brief is due August 26, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court